# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Provident Funding Associates, L.P.** | CIVIL NO: 2:16-cv-00497-JDL |
| **Plaintiff** | |
| vs. | RE:<br>18 Columbia Street, Lewiston, ME 04240 |
| **Janet Ann Bolduc**<br>**Defendant** | Mortgage:<br>11/28/2006<br>Book 6992, Page 22 |

## AGREED JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, Provident Funding Associates, L.P. and Defendant, Janet Ann Bolduc, individually and by and through undersigned counsel, and hereby submit this Agreed Order of Foreclosure and Sale. The parties stipulate as follows:

1. If the Defendant or her heirs or assigns pay Provident Funding Associates, L.P. ("Provident") the amount adjudged due and owing ($156,708.22) within 90 days of the date of Judgment, as that period is calculated in accordance with 14 M.R.S.A, § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this Action on the ECF Docket.

2. If the Defendant or her heirs or assigns do not pay Provident the amount adjudged due and owing ($156,708.22) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the Lewiston Property shall terminate, and Provident shall conduct a public sale of the Lewiston Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $156,708.22 after deducting expenses of the sale, with any surplus to the Defendant, or her heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Provident has waived the right

to seek any deficiency judgment against the Defendant personally.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that final judgment has been entered following appeal.

4. The amount due and owing is $156,708.22.

5. Provident Funding Associates, L.P., has first priority and that there are no parties in interest other than the Defendant, who has second priority.

6. No public utility easements survive the foreclosure.

7. The prejudgment interest rate is 6.25%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.65%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

**a**. The Plaintiff is:                                  Plaintiff's counsel is:

Provident Funding Associates, L.P.        John A. Doonan, Esq.
                                          Doonan, Graves & Longoria, LLC
                                          100 Cummings Center, Suite 225D
                                          Beverly, MA 01915

The Defendant, who is not represented by counsel, is:

Janet Ann Bolduc
Montello Heights
550 College Street
Lewiston, ME 04240

**b.** The docket number of this case is 2:16-cv-00497-JDL.

**c.** The Defendant, the only party to these proceedings besides Provident, received notice of the proceedings in accordance with the applicable provisions of the Maine Rules of Civil Procedure.

d.  A description of the real estate involved, 18 Columbia Street, Lewiston, ME 04240, is set forth in Exhibit A attached hereto.

e.  The street address if the real estate involved is 18 Columbia Street, Lewiston, ME 04240.  The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 6992, Page 22.

Respectfully Submitted:

Dated: 4/11/17

/s/John A. Doonan
John A. Doonan, Esq., Bar No. 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915
(978) 921-2670

Dated: 4/5/2017

/s/Janet Ann Bolduc
Janet Ann Bolduc, Defendant
Montello Heights
550 College Street
Lewiston, ME 04240

Dated:  4/24/2017

/s/ Jon D. Levy
JON D. LEVY
Judge, U.S. District Court